No. 86–6483.   MCHARRIS *v.* SPEARS, WARDEN, ET AL., 481 U. S. 1031; and

No. 86–6564.   MAY *v.* PRO-GUARD, INC., 481 U. S. 1032.   Petitions for rehearing denied.

JUNE 16, 1987

No. A–814 (86–6867).   LOWENFIELD *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

JUNE 18, 1987

No. A–923.   AGAN *v.* FLORIDA.   Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.